Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
FEB 27 2025
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ CM
       DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of
Division

Andres Lucero
Pro-Se / In Forma Pauperis

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

"Cuba"
The Marshalling Yard
1400 Airport Commerce
Austin, TX
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:25CV00294 DAE
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

At this time I ask that the court please afford me to show for good cause before the Grand Jury to be decided by the Honorable Federal Magistrate.

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

    A.  **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name: Andres Lucero
        Street Address: Sunrise Church @ Menchaca Road, Austin TX
        City and County: Austin / Travis County
        State and Zip Code: Texas
        Telephone Number:
        E-mail Address:

    B.  **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: "Cuba"
    Job or Title (if known):
    Street Address: 1400 Airport Commerce
    City and County: Austin / Travis County
    State and Zip Code: Texas
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

"Cuba" started stalking me and Moni Bolton right here downtown"

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Cuba, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* Cuba.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

#1 Cuba started stalking me when I was first with Moni Bolton then Kendra Razo and now Peam Morris who is disabled.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A.L.
I ask that the Honorable ~~Court~~ Magistrates Court make the sentencing decision because he is guilty of threatening me daily after the fact.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-27-2025

Signature of Plaintiff: Andres Lucero
Printed Name of Plaintiff: Andres Lucero

### B. For Attorneys    Pro-Se by the virtue of the 6th amendment

Date of signing: 2-27-25

Signature of Attorney: Andres L. by the virtue of the sixth amendment
Printed Name of Attorney: Andres Lucero
Bar Number: 6th amendment
Name of Law Firm: N/A
Street Address:
State and Zip Code: TX
Telephone Number:
E-mail Address:

Andres Lucero  §  In and for the
Pro Se  §  Western district of
In forma Pauperis  §  Texas
   vs.  §
"Cuba"  §  Republic Square
The Marshalling Yard  §  Austin, TX
1400 Airport Commerce  §
Austin, TX

## Corpus Delecti

Honorable magistrate Judge presiding, at this time I ask the court to please allow me to proceed Ex-Post-Facto. At this time I ask that the court please allow me to proceed by the virtue of the 4th, 5th, 6th, 8th and 14th amendment due dilligence clauses afforded to me guaranteed as a citizen of the United states and the code construction act,

In accordance with the supporting affidavit

②

aforementioned mentioning specifically a current Corpus Delecti, At the end of January 2025 "Cuba" who stays at 1400 Airport commerce has assaulted me with a machete and has proceeded to lure my girlfriend Deanne Morris with crystal meth and prostitutes her from his home. He stays at the homeless shelter and sells meth and prostitutes Deann Morris from his home.

He regulably tells people that any time he has trouble all he has to do is retreat to his home.

I am disabled, my hands were previously hacked off in August 27, 2004. At this time I am requesting the court's care in reference to the provisions of section 42 of the dissability act.

At this time I ask that the honorable magistrate's court please afford me full dissability SSDI entitlement due to my injuries.

Honorable magistrate Judge presiding, at this time I am requesting the court's care in reference to the provisions of the Patriot Act and the provisions of the 2nd amendment and it's residual rights. Since January of 2025 "Cuba" has assaulted me, stalked me and shamed me with no avail.

At this degree I declare that it is to me a privelege to hold residual rights to posses heroin due to the fact that I am homeless and disabled and have self medicated in this manner so that this issue not affect me in a negative way. At this time I ask that the court afford me "Do not detain status" and afford me B.P.N. #'s to support my evidence.

By the virtue of the intelligence identity protection act, I ask that my identity not be revealed to anyone.

It is for this very reason that the aforementioned reflects my current state in harm's way.

At this time I ask the court to afford me equal protection of the laws and the amendments aforementioned. I also ask that all of my court paperwork be sealed and not disclosed to anyone except the honorable magistrate's court.

Any help that the honorable magistrates court may afford me for these requests will be greatly apreciated, please send me a reply at the court's earliest convenience.

Andres Lucero
5-6-77
Sunrise Church